Louisa G. Popham, as Trustee under the Last Will and Testament of Louisa C. T. Glover, Deceased, Respondent, v. James A. Glover, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

The People of the State of New York, Appellant, v. Benjamin Traktman and Others, Defendants, Impleaded with The City of New York, Respondent.— Judgment in so far as appealed from reversed, with costs of this appeal and in the trial court, and all provisions therein awarding the city of New York a lien upon the premises are stricken therefrom, and all findings of fact and conclusions of law to that effect are also reversed. Under the letters patent the possibility of reverter was vested in the State of New York. This interest or estate could not be cut off or diminished by any act by the city of New York. When the State vacated the letters-patent and re-entered for a condition broken, it became seized of its first estate and all intermediate liens and incumbrances were thereby avoided. (4 Kent's Comm. [14th ed.] 127.) Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ., concur. Settle order on notice before Mr. Justice Jaycox.

James A. Stillman, Appellant, v. Anne U. Stillman and Guy Stillman, Respondents.— The order appealed from is modified to the extent of striking from the list of persons therein directed to be examined the names of those witnesses who already have testified in the case, and who are, by the terms of the order, directed to appear for further cross-examination. The plaintiff, if he so desires, may recall these particular witnesses in rebuttal. As thus modified the order is affirmed, with ten dollars costs and disbursements. Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ., concur. Settle order on notice before Mr. Justice Manning.

John C. Whiting, Respondent, v. The Long Island Railroad Company, Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

*Decisions by the Presiding Justice on Applications to Appeal from the Appellate Term.*

William Mayers, Appellant, v. Old Dominion Realty Corporation, Respondent.— Application denied, with ten dollars costs. (See *Handy* v. *Butler*, 183 App. Div. 359.)

Jacob Melson, Respondent, v. Leo Diefenbronner, Defendant. Harry Wolkof, Appellant.— Application denied, without costs. (See *Handy* v. *Butler*, 183 App. Div. 359.)

Max Miller, Respondent, v. "John" Kornblatt and Others, Appellants.— Application denied, with ten dollars costs. (See *Handy* v. *Butler*. 183 App. Div. 359.)